Rafael A. Perales, SBN 292257
**THE LAW OFFICE OF RAFAEL A. PERALES**
25244 Redlands Blvd. Loma Linda, CA 92354
Phone: (909)936-9339 Fax: None
email: raperales@gmail.com

Attorney for Plaintiff A.P., a minor

UNITED STATES DISTRICT COURT

COUNTY OF SAN BERNARDINO, CENTRAL DISTRICT

| | |
|---|---|
| RAFAEL PERALES AS GUARDIAN OF A. P., a minor ) | CASE NO. JUDGE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | VERIFIED COMPLAINT FOR: |
| ) | |
| THE UNITED STATES OF AMERICA; MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, THE STATE OF CALIFORNIA; SHIRLEY N. WEBER IN HER OFFICIAL CAPACITY AS CALIFORNIA SECRETARY OF STATE and DOES 1 through 10, Inclusive, ) ) ) ) ) ) ) ) ) ) ) | 1. CONSTITUTIONAL TORT; 2. INJUNCTIVE RELIEF |
| Defendants. | |

Plaintiff A. P. through her Guardian, RAFAEL PERALES, for her

Constitutional Tort claim against THE UNITED STATES OF AMERICA;

MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS ATTORNEY

GENERAL OF THE UNITED STATES; THE STATE OF CALIFORNIA;

1

COMPLAINT

SHIRLEY N. WEBER IN HER OFFICIAL CAPACITY AS CALIFORNIA SECRETARY OF STATE, and DOES 1 through 10 inclusive, alleges as follows:

JURISDICTION

Jurisdiction is pursuant to a Federal Question, 28 U.S.C §1331 because this Complaint involves a federal law or right. Plaintiff claims the 26th Amendment, as applied, discriminates against her right to participate in representative government based solely on her age.

VENUE

The venue is established as the Eastern Division of the United States Court Central District of California because the plaintiff is suing the U.S. Government, federal agency, or federal official in his or her official capacity, and Plaintiff resides in San Bernardino County, State of California.

GENERAL ALLEGATIONS

1. Plaintiff is a minor and citizen of the United States, currently residing in San Bernardino County, California.

2. Rafael Perales, her guardian, brings this suit on her behalf.

3. Defendant, The United States of America, is sued as the government responsible for the alleged harm suffered by Plaintiff.

4. Merrick Garland in his official capacity of Attorney General of the United States represents the United States government in legal disputes and has the power to enforce a judgment, if rendered, for Plaintiff.

5. Defendant The State of California, is sued as a government responsible for the alleged harm suffered by Plaintiff.

6. Shirley N. Weber, in her official capacity as California Secretary of State is responsible for the State Elections Division, and has the power to enforce a judgment, if rendered for Plaintiff.

7.  The true names and capacities, whether individual, corporate, associate, or otherwise of defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiff who therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of these defendants when the same have been ascertained.  Plaintiff is informed and believes that each fictitiously named defendant is responsible in law and in fact for the obligation herein.  Plaintiff is informed and believes and thereon alleges that at all relevant times each of the defendants was acting within the scope and course of his or her agency and employment.

8.  Plaintiff is informed and believes and on that basis alleges that at all times mentioned in this complaint each of the Defendants was the principal, agent, representative, employer, employee, independent contractor, controlling person, manager, managing member, officer, director, general partner, partner, co-venturer, co-conspirator, and alter ego of each of the remaining Defendants and was, in doing the things complained of herein, acting within the scope of said relationship with actual and/or ostensible authority and acting also with the full knowledge or subsequent ratification of the conduct alleged herein.  Plaintiff is further informed and believes, and on that basis alleges, that each of the Defendants acted in concert with each of the other Defendants, and ratified the acts of each of the other Defendants.  Alternatively, in doing the things complained of herein, each of the Defendants was acting alone and solely to further his/her/its own personal interests.

9.  Plaintiff is a child prodigy, who finished her high-school requirements and graduated homeschool in 2022, and is currently a member of the Honors Institute at the college in which she is currently enrolled at the age of eight.  Among her 15 units of enrollment are a history class and a 'political science' class, where she

3
COMPLAINT

learned the political evolution of our country.  It was during her studies in college that she learned about age-based discrimination by the government.

10.Plaintiff desires to participate in our representative democracy by voting in state and federal elections, but cannot due to her age under the 26th Amendment and California State law.

11.Plaintiff believes she has attained adequate education to be an informed voter.

12.Plaintiff, based on information and belief, alleges that the Court may, at its discretion, impute a cause of action similar to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*. 403 U.S. 388 (1971).

13.  Plaintiff A. P. conceived of this lawsuit, having formed its theoretical foundation, and thereafter pursued this Complaint.

14.  The Twenty-sixth Amendment was passed by Congress in March, 1971 amid several debates since World War II, one of which was that if a young man were old enough to get sent off to war, he ought to be old enough to vote. Although only men were capable of being drafted, Congress chose to lower the voting age for both sexes to eighteen.

15.  The text of the 26th Amendment states: Section 1. The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age.  Section 2. The Congress shall have power to enforce this article by appropriate legislation.

16.  Plaintiff alleges that Congress, in setting an arbitrary age limit to vote, which was ratified by three-fourths of the states, passed an inherently discriminatory law based on age.

17.Plaintiff alleges that The State of California, in setting an arbitrary age limit to vote, passed an inherently discriminatory Amendment based on age.

COMPLAINT

18. Plaintiff further alleges that the age of eighteen is coincidental with an average age of graduating high school.

19. Plaintiff alleges that minors who specifically have finished high school or its equivalent in addition to a political science class in college would increase voting privileges, allowing greater voter participation.

## FIRST CLAIM

For Constitutional Tort against all Defendants, and DOES 1 Through 10, Inclusive

20. Plaintiff realleges and incorporates by reference the foregoing and subsequent paragraphs of this Complaint as though fully set forth herein.

21. The 26th Amendment unconstitutionally restricts voting by minors, such as Plaintiff, who have graduated high school or its equivalent, and have taken a political science class in college, which is adequate to become an informed voter.

22. California State law unconstitutionally restricts voting by minors, such as Plaintiff, who have graduated high school or its equivalent, and have taken a political science class in college, which is adequate to become an informed voter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for equitable relief and/or judgment against Defendants and each of them, as follows:

FOR INJUNCTIVE RELIEF BASED ON CONSTITUTIONAL TORT

(Against all Defendants)

1. For an Order directing Defendants to take necessary actions to create an exception in the applicable law(s) and/or procedures which would allow Plaintiff to register to vote and cast her ballot in The State of California, and federal elections; and

2. For such further relief as the Court may deem proper.

///

5

COMPLAINT

Respectfully Submitted,

Date:  April 28, 2023

THE LAW OFFICE OF RAFAEL A. PERALES

By:  _____/s/_____
    RAFAEL PERALES
    Attorney and Guardian for Plaintiff A. P.,
    a minor

COMPLAINT

CERTIFICATION

"The undersigned, counsel of record for A. P., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.

None.

Signed:_____/s/_____

Rafael A. Perales, Attorney of Record for A.P.

COMPLAINT